Cite as 2024 Ark. 22

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDED ADMINISTRATIVE PLAN FOR THE SECOND JUDICIAL CIRCUIT | **Opinion Delivered:** February 15, 2024 |

## PER CURIAM

Pursuant to Administrative Order No. 14, the Second Judicial Circuit has submitted an amendment to the currently approved plan. The amendment is approved and shall be effective immediately.

The remainder of the administrative plan remains in full force and effect until a subsequent plan is approved.